USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-14-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

EDUARD ZAVALUNOV,

                Defendant.

14-CR-773 (RA)

19-CV-9363 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The C.J.A. attorney appointed from the Habeas Panel, Benjamin Gruenstein, is hereby ordered to assume representation of the defendant in the above captioned matter, *nunc pro tunc*, September 11, 2020.

SO ORDERED.

Dated:    September 14, 2020
                New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge